IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| POPLAR AVE LLC, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:25-cv-2811-SHL-atc |
| GOTHAM INSURANCE COMPANY, | ) |
|     Defendant. | ) |

**ORDER APPOINTING UMPIRE**

Before the Court is the Parties' Joint Notice of Agreement to Appraisal Umpire, filed December 1, 2025. (ECF No. 17.) The Parties state that "they have reached an agreement to the appointment of Ted Taylor as the Appraisal Umpire." (Id. at PageID 150.) They further ask "that the Court retain jurisdiction to enforce the Appraisal Award, if necessary." (Id.)

Seeing that the Parties have reached agreement, it is **ORDERED** that Ted Taylor be appointed as the Appraisal Umpire. The Court will retain jurisdiction to enforce an Appraisal Award, if necessary. See Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375, 381–82 (1994) (noting that, with the assent of the parties, federal courts retain jurisdiction over settlements).

**IT IS SO ORDERED**, this 2nd day of December, 2025.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE