# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| POPLAR AVE LLC, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-2811-SHL-atc |
| ) | |
| GOTHAM INSURANCE COMPANY, ) | |
|    Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed August 15, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Appointing Umpire (ECF No. 18), filed December 2, 2025, Ted Taylor shall serve as Appraisal Umpire. The Court shall retain jurisdiction to enforce the appraisal award, if necessary, pursuant to Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375, 381–82 (1994).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 2, 2025
Date